UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANCHORAGE LENDING CA LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT D. BENNETT, an individual; KATHRYN A. BENNETT, an individual; SCATE LABS, INC., a Washington corporation; TETON DIGITAL, LLC, a Wyoming limited liability company; and TRINITY 1 LLC, a Wyoming limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01744-BJR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' RESPONSE DEADLINE** |

Plaintiff Anchorage Lending CA LLC ("Anchorage") and defendants Scott Bennett, Kathryn Bennett (together the "Bennetts"), Scate Labs, Inc. ("Scate Labs"), Teton Digital, LLC ("Teton"), and Trinity 1 LLC ("Trinity") agree and stipulate under Civil Local Rules 7(d)(1) and 10(g) that good cause exists to request an order from the Court resolving all remaining service on Defendants, vacating prior default orders, and setting a single deadline for Defendants to respond to the complaint in this litigation.

STIPULATED MOTION AND ORDER - 1
2:24-CV-01744-BAT

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

**RECITALS**

1. Anchorage filed the complaint in this action on October 24, 2024. ECF 1.

2. On November 13, 2024, Anchorage served the summons and complaint in this action on Teton and Trinity via their registered agents in Wyoming. ECF 7 & 8.

3. On December 12, 2024, on a motion by Anchorage, the Clerk of Court entered an order of default against Teton and Trinity. ECF 11.

4. On December 12, 2024, Anchorage perfected service on Scate Labs by sending the summons and complaint to the Washington Secretary of State under RCW 23.95.450. ECF 12.

5. As of the date of this stipulation, Anchorage has neither served nor filed proofs of service for the Bennetts.

6. Counsel for Anchorage and Defendants have conferred and agreed that to avoid the waste of this Court's and the parties' resources it would be prudent to agree to resolve all remaining issues of service of process, vacate the default orders entered against Teton and Trinity, and set a single deadline for Defendants to respond to this litigation.

THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, subject to this Court's approval, that:

A. The Bennetts and Scate Labs agree to accept service through their undersigned counsel, with service deemed effective on January 14, 2025.

B. The orders of default entered against Teton and Trinity are vacated.

C. To compensate Anchorage for a portion of the attorney's fees it incurred in moving for default against Teton and Trinity, Defendants shall make a payment to Anchorage of $2,000 within three business days of the Court's approval of this stipulation. Counsel for Anchorage shall provide counsel for Defendants with payment instructions no later than the business day immediately following the Court's approval of this stipulation.

STIPULATED MOTION AND ORDER - 2
2:24-CV-01744-BAT

Miller Nash LLP
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

D.  Defendants will answer or otherwise respond to the complaint on or before February 7, 2025.

Dated: January 14, 2025

| CARNEY BRADLEY SPELLMAN | MILLER NASH LLP |
|---|---|
| */s/ Mark Rosencrantz* | */s/ Edward Decker* |
| Mark Rosencrantz, WSB No. 26552<br>rosencrantz@carneylaw.com<br>Teva F. Sempel, WSB No. 54896<br>sempel@carneylaw.com<br>701 5th Ave., Suite 3600<br>Seattle, WA 98104<br>Telephone: (206) 622-8020<br><br>Attorneys for Defendants | Jesús Miguel Palomares, WSB No. 51858<br>jesus.palomares@millernash.com<br>Edward Decker, WSB No. 57841<br>edward.decker@millernash.com<br>605 5th Ave. S., Suite 900<br>Seattle, WA 98104<br>Telephone: (206) 624-8300<br>Fax: (206) 340-0599<br><br>Attorneys for Plaintiff<br>Anchorage Lending CA LLC |

**ORDER**

IT IS SO ORDERED

ORDERED this 15th day of January 2025.

_____
Hon. Barbara J. Rothstein
United States District Judge

STIPULATED MOTION AND ORDER - 3
2:24-CV-01744-BAT

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599