# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANCHORAGE LENDING CA LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT D. BENNETT, an individual; KATHRYN A. BENNETT, an individual; SCATE LABS, INC., a Washington corporation; TETON DIGITAL, LLC, a Wyoming limited liability company; and TRINITY 1 LLC, a Wyoming limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01744-BJR<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES |

Plaintiff Anchorage Lending CA LLC ("Anchorage") and defendants Scott Bennett, Kathryn Bennett, Scate Labs, Inc., Teton Digital, LLC, and Trinity 1 LLC (collectively, the "Defendants"), by and through their undersigned attorneys, respectfully move this Court for a one-week extension of time to exchange initial disclosures under Fed. R. Civ. P. 26(a)(1). The current deadline for the exchange of initial disclosures is docketed as February 18, 2025 (Dkt. 18). Defendants' counsel requires additional time to complete the disclosures following significant time spent on the trial of another matter during the first week of February. The

1  parties' undersigned counsel conferred and agreed that a one-week extension on the deadline to
2  exchange initial disclosures would be appropriate and fair to all parties and would not cause
3  meaningful delay to discovery in this action.
4      THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
5  parties, through their undersigned counsel and subject to the Court's approval, that good cause
6  exists to request an order from the Court extending the deadline for the exchange of initial
7  disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to February 25, 2025.
8      Respectfully submitted this 14th day of February 2025.

| MILLER NASH LLP | CARNEY BADLEY SPELLMAN, P.S. |
|---|---|
| By: */s/ Ashley Langley* | By: */s/ Mark Rosencrantz* |
| Jesús M. Palomares, WSBA No. 51858 | Mark Rosencrantz, WSBA No. 26552 |
| Edward T. Decker, WSBA No. 57841 | Teva F. Sempel, WSBA No. 54896 |
| Ashley Langley, WSBA No. 54032 | 701 5th Ave., Suite 3600 |
| 605 5th Ave. S., Suite 900 | Seattle, WA 98104 |
| Seattle, WA 98104 | Telephone: (206) 622-8020 |
| Telephone: (206) 624-8300 | rosencrantz@carneylaw.com |
| Fax: (206) 340-0599 | sempel@carneylaw.com |
| jesus.palomares@millernash.com | |
| edward.decker@millernash.com | Attorneys for Defendants |
| ashley.langley@millernash.com | |
| | |
| Attorneys for Plaintiff | |

# ORDER

IT IS SO ORDERED.

ORDERED this 25th day of February 2025.

*Barbara J. Rothstein*

The Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

4933-6178-5369.2

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO EXCHANGE INITIAL
DISCLOSURES - 2:24-CV-01744-BJR

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599